IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Christopher Palino<br><br>      Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>      Movant,<br><br>      Vs.<br>Cascade Funding Mortgage Trust 2017-1<br><br>      Respondent(s) | Case No.: 18-20178 CMB<br>Chapter 13<br><br>Related to: Document No. 56 |

## ORDER OF COURT

AND NOW, this **12th** day of **August**, 20**19**, upon consideration of the Trustee's Motion to Compel and for Sanctions, it is hereby

ORDERED that within thirty (30) days of this order Cascade Funding Mortgage is to comply with the Order of Court dated April 15, 2019 and provide proof that its records have been corrected to show that all disallowed charges listed in the Notice of Postpetition Mortgage Fees, Expenses and Charges filed on May 3, 2018 have been removed. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as a full and comprehensible loan history from the inception of the loan and a current payoff statement. It is further

ORDERED that sanctions in favor of the Office of the Chapter 13 Trustee in the amount of $500.00 shall be payable within thirty (30) days of this Order. A check should be sent to Ronda J. Winnecour, Chapter 13 Trustee, W.D. PA, P. O. Box 2587, Pittsburgh, PA 15230.

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge

FILED
8/12/19 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA